IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ROBERT MULLINS,

    Plaintiff,

VS.                                    NO. 03-2621-MaP

ZAHRA UMLANI, BENCHMARK REALTORS,
LLC, AND FICTIOUSLY NAMED DEFENDANTS,

    Defendants;

and

JIMMY CLEMMER,

    Plaintiff,

VS.                                    NO. 03-2622-MaP

ZAHRA UMLANI, BENCHMARK REALTORS,
LLC, AND FICTIOUSLY NAMED DEFENDANTS,

    Defendants.

ORDER OF DISMISSAL

The parties have submitted a "Consent Order of Dismissal" in this matter indicating that these matters may be dismissed. It is therefore ORDERED that case numbers 2:03cv2621-MaP and 2:03cv2622-MaP are DISMISSED with prejudice as to all defendants.

So ORDERED this 4th day of August, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:03-CV-02622 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Duncan Lott
LAW OFFICES OF DUNCAN LOTT
305 W. College St.
Booneville, MS 38829

Jonathan B. Hensley
PETKOFF & ASSOCIATES
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Honorable Samuel Mays
US DISTRICT COURT