UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JIMMY CLEMMER,

    Plaintiff,

v.                                    Cv. No. 03-2622-Ma

ZAHRA UMLANI, BENCHMARK REALTORS,
LLC., and FICTITIOUSLY NAMED
DEFENDANTS,

    Defendants.


# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed August 9, 2005.


**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 18, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_Earline Grayer_
_____
(By) DEPUTY CLERK


This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:03-CV-02622 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Jonathan B. Hensley
PETKOFF & ASSOCIATES
305 Washington Avenue
Ste. 201
Memphis, TN 38103--210

Duncan Lott
LAW OFFICES OF DUNCAN LOTT
305 W. College St.
Booneville, MS 38829

Honorable Samuel Mays
US DISTRICT COURT